# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In re: Lisa Marie White                  Case No. 21-43963-mlo
                                                            Chapter 13
                                                            Judge Oxholm

             Debtor (s)
_____/

## PROOF OF SERVICE

     A copy of the Debtor's Chapter 13 Plan was served on May 20, 2021 upon the Chapter 13 Trustee and the US Trustee via ECF, and was mailed first class, postage prepaid, to all parties on the attached matrix printed from PACER.


                                             /s/ Douglas P. Chimenti
                                             Gigliotti & Associates, P.C.
                                             Paul B. Gigliotti (P46167)
                                             Douglas P. Chimenti (P67859)
                                             Nicholas R. Glaeser (P76187)
                                             Attorneys for Debtor
                                             15400 19 Mile Road, Ste 115
                                             Clinton Twp, MI  48038
                                             (586) 228-3636
                                             ecfgigliotti@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 21-43963-mlo<br>Eastern District of Michigan<br>Detroit<br>Thu May 20 09:38:20 EDT 2021 | ADS/Comenity/Victoria<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Torrid<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Credit Acceptance<br>PO Box 5070<br>Southfield, MI 48086-5070 | Credit Acceptance Corporation<br>25505 W 12 Mile Rd #3000<br>Southfield MI 48034-8331 | DTE - Bankruptcy Dept<br>One Energy Plaza - WCB 735<br>Detroit, MI 48226-1221 |
| IRS / Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding<br>PO Box 1269<br>Greenville, SC 29602-1269 | Meyer & Njus, P.A.<br>17340 W. 12 Mile Ste 200<br>Southfield, MI 48076-6323 |
| Michigan Department of Treasury<br>Collection/Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909-7668 | Midland Funding<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | PRESTIGE FINANCIAL SERVICES<br>PO BOX 26707<br>SALT LAKE CITY, UT 84126-0707 |
| Pinnacle Credit Services<br>7900 MN-7<br>St. Louis Park, MN 55426 | Prestige Financial Services<br>PO Box 6195<br>Harlan, IA 51593-1695 | Resurgent/LVNV Funding<br>PO Box 1269<br>Greenville, SC 29602-1269 |
| Schneiderman & Sherman, PC<br>23938 Research Dr. Ste 300<br>Farmington Hills, MI 48335-2605 | Specialized Loan Servicing<br>PO Box 636005<br>Littleton, CO 80163-6005 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | U.S. Trustee<br>211 W. Fort St. Suite 700<br>Detroit, MI 48226-3263 | Verizon<br>PO Box 489<br>Newark, NJ 07101-0489 |
| David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 | Douglas P. Chimenti<br>15400 Nineteen Mile Road<br>Suite 115<br>Clinton Township, MI 48038-6311 | Lisa Marie White<br>13722 Birrell St.<br>Southgate, MI 48195-1789 |
| Paul B. Gigliotti<br>15400 19 Mile<br>#115<br>Clinton Township, MI 48038-6311 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
T-Mobile USA                    End of Label Matrix
P. O. Box 742596                Mailable recipients    24
Cincinnati, OH 45274-2596       Bypassed recipients     0
                                Total                  24
```